## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jae Young Yum | | CHAPTER 13 |
| | Debtor(s) | |
| Nationstar Mortgage LLC | | |
| | Movant | |
| vs. | | NO. 17-14599 MDC |
| Jae Young Yum | | |
| | Debtor(s) | |
| | | 11 U.S.C. Section 362 and 1301 |
| William C. Miller | | |
| | Trustee | |

## ORDER

AND NOW, this 9th day of November, 2017, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with respect to the subject premises located at 1429 Bellevue Lane, Souderton, PA 18964 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.~~

_____
United States Bankruptcy Judge

Jae Young Yum
1429 Bellevue Lane
Souderton, PA 18964

Carol B. McCullough, Esq.
65 West Street Road
Suite A-105
Warminster, PA 18974

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532