# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Jae Young Yum <u>Debtor(s)</u> <br> vs. <br> Nationstar Mortgage LLC <br> <u>Respondent</u> | CHAPTER 13 <br><br> NO. 17-14599 MDC |

## CERTIFICATION OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Response to Debtors' Motion to Reinstate the Automatic Stay was served as indicated below, upon the parties listed below on **December 12, 2017**.

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Carol B. McCullough, Esq.
65 West Street Road
Suite A-204
Warminster, PA 18974

Jae Young Yum
1429 Bellevue Lane
Souderton, PA 18964

Date: December 12, 2017

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              Matteo S. Weiner, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322