United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-14599-mdc
Jae Young Yum                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Mar 14, 2018
                             Form ID: pdf900           Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
db            +Jae Young Yum,    1429 Bellevue Lane,    Souderton, Pa 18964-2547
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 15 2018 01:48:50     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2018 01:48:21
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2018 01:48:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 01:52:27     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Jae Young Yum mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specilized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jae Young Yum<br>        Debtor | CHAPTER 13 |
| Specialized Loan Servicing, LLC as servicer for the Bank of New York Mellon f/k/a The Bank of New York as successor Indenture Trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007-B<br>        Movant<br>vs. | NO. 17-14599 MDC<br><br>11 U.S.C. Section 362 |
| Jae Young Yum<br>        Debtor<br><br>William C. Miller Esq.<br>        Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$5,297.18,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 1, 2017 through January 1, 2018 at $2,640.81/month |
| Suspense Balance: | ($2,625.25) |
| **Total Post-Petition Arrears** | **$5,297.18** |

2.    The Debtor(s) shall cure said arrearages in the following manner:

a) Within seven (7) days of the filing of this Stipulation, Debtor shall file an amended Chapter 13 Plan to include the post-petition arrears of **$5,297.18.**

b) Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$5,297.18** along with the pre-petition arrears;

c) The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

d) Beginning with the payment due February 1, 2018 and continuing thereafter, Debtors shall pay to Movant the present regular monthly mortgage payment of **$2,640.81** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) at the address below:

Specialized Loan Servicing, LLC
PO Box 6360007
Littleton, Colorado 80163

3.      Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 30, 2018                    By: /s/ Rebecca A. Solarz
                                             Rebecca A. Solarz, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322 FAX (215) 627-7734


Date: 2/21/18                                Carol B. McCullough, Esq.
                                             Attorney for Debtor

Date: 3/9/18

William C. Miller
Chapter 13 Trustee

No objection

*without prejudice to any
trustee rights or remedies

Approved by the Court this 14th day of _____ March _____, 2018. However, the court
retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Magdeline D. Coleman