## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : CHAPTER 13

    JAE YOUNG YUM                         : CASE NO. 17-14599 MDC

### ORDER

AND NOW, this 31st day of May      , 2018, upon consideration of the Debtor's Motion for Reconsideration of the Order dated April 5, 2018 and a hearing on the matter, it is

HEREBY ORDERED AND DECREED that the Order of April 5, 2018 be and it is hereby VACATED, and the captioned bankruptcy shall be reinstated to a Chapter 13 and all parties in interest notified.

BY THE COURT:

*Magdeline D. Co*

JUDGE