```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                             Case No. 17-14599-mdc
Jae Young Yum                                                      Chapter 13
         Debtor                 CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey                 Page 1 of 2                  Date Rcvd: Jun 01, 2018
                               Form ID: pdf900              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db             +Jae Young Yum,    1429 Bellevue Lane,    Souderton, Pa 18964-2547
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13957671      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      PO Box 15019,    Wilmington, DE   19886-5019)
13993995       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13957673        Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
13990220      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,      ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
13957676        Nationstar Mortgage,    PO Box 619063,    Dallas, TX  75261-9063
13957677        Specialized Loan Servicing LLC,    PO Box 105219,    Atlanta, GA  30348-5219
14037196       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13957678      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     5005 N River Blvd NE,
                 Cedar Rapids, IA  52411-6634)
13960308       +The Bank of New York Mellon,Trustee(See 410),     C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14016217        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13969856       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13957679        Wells Fargo Bank NA,    PO Box 14529,    Des Moines, IA  50306-3529
13994398        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13980107       +Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines IA 50328-0001
13957680        Wells Fargo card Services,    PO Box 5284,    Carol Stream, IL  60197-5284
13957672        chase cardmember service,    PO Box 1423,    Charlotte, NC  28201-1423
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 02 2018 03:03:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2018 03:02:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2018 03:02:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 03:08:27      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13957675        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2018 03:02:39      Honda Financial Services,
                 PO Box 7829,    Philadelphia, PA  19101-7829
13950320        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 02 2018 03:02:39
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
13957674        E-mail/Text: mrdiscen@discover.com Jun 02 2018 03:01:48      Discover Ban,    PO Box 71084,
                 Charlotte, NC  28272-1084
13955932        E-mail/Text: mrdiscen@discover.com Jun 02 2018 03:01:48      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13948780       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 03:09:39
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14000444        E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2018 03:01:56
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                 TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13957670         17-14599
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: Stacey             Page 2 of 2            Date Rcvd: Jun 01, 2018
                              Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Jae Young Yum mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specilized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

    JAE YOUNG YUM : CASE NO. 17-14599 MDC

## ORDER

AND NOW, this 31st day of May, 2018, upon consideration of the Debtor's Motion for Reconsideration of the Order dated April 5, 2018 and a hearing on the matter, it is

HEREBY ORDERED AND DECREED that the Order of April 5, 2018 be and it is hereby VACATED, and the captioned bankruptcy shall be reinstated to a Chapter 13 and all parties in interest notified.

BY THE COURT:

_Magdeline D. C_____
JUDGE