## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Jae Young Yum** | : |
| | : BANKRUPTCY NO. **17-14599 MDC** |
| Debtor (s) | |

### **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 9/27/2018 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: August 20, 2018

/s/Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105