# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14599-MDC

JAE YOUNG YUM

1429 BELLEVUE LANE

SOUDERTON, PA 18964

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAE YOUNG YUM

    1429 BELLEVUE LANE

    SOUDERTON, PA 18964

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

Date: 9/28/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee