## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William B. Nelson<br>　　　　　　　　　　Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>William B. Nelson<br>　　　　　　　　　　Debtor(s)<br><br>WILLIAM MILLER*R<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 18-10606 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **April 20, 2018; Docket No. 21**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

October 9, 2018