# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jae Young Yum
                      Debtor(s)

Specialized Loan Servicing LLC
                v.
Jae Young Yum
              and
William C. Miller Esq.
               Trustee

Chapter 13

NO. 17-14599 mdc

## **ORDER**

     AND NOW, this   9th   day of   November  , 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

     The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specilized Loan Servicing LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1429 Bellevue Lane Souderton, PA 18964.

     The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Jae Young Yum
1429 Bellevue Lane
Souderton, PA 18964

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Carol B. McCullough, Esq.
65 West Street Road
Suite A-204
Warminster, PA 18974

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532