United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14599-mdc
Jae Young Yum                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                 Page 1 of 1                  Date Rcvd: Nov 09, 2018
                              Form ID: pdf900              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db             +Jae Young Yum,    1429 Bellevue Lane,    Souderton, Pa 18964-2547
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 10 2018 02:32:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2018 02:31:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2018 02:32:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2018 02:38:04     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Jae Young Yum mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specilized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jae Young Yum <br>                 Debtor(s) <br> ――――――――――――――――――― <br> Specialized Loan Servicing LLC <br>               v. <br> Jae Young Yum <br>              and <br> William C. Miller Esq. <br>             Trustee | Chapter 13 <br><br> NO. 17-14599 mdc |

**ORDER**

    AND NOW, this  9th  day of  November , 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

    The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specilized Loan Servicing LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1429 Bellevue Lane Souderton, PA 18964.

    The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
――――――――――――――――――――
United States Bankruptcy Judge.

cc: See attached service list

Jae Young Yum
1429 Bellevue Lane
Souderton, PA 18964

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Carol B. McCullough, Esq.
65 West Street Road
Suite A-204
Warminster, PA 18974

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532