United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jae Young Yum  
      Debtor

Case No. 17-14599-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Feb 07, 2019  
                  Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2019.
db        +Jae Young Yum,   1429 Bellevue Lane,   Souderton, Pa 18964-2547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2019 at the address(es) listed below:
        ADAM BRADLEY HALL   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com  
        CAROL B. MCCULLOUGH   on behalf of Debtor Jae Young Yum mcculloughheisenberg@gmail.com,  
         G25217@notify.cincompass.com  
        KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD   on behalf of Creditor   The Bank of New York mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                               TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jae Young Yum
        Debtor(s)

Chapter: 13

Bankruptcy No: 17−14599−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 7, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Magdeline D. Coleman
                                      Judge ,
                                      United States Bankruptcy Court

                                                   99
                                               Form 155