United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jae Young Yum  
     Debtor

Case No. 17-14599-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Mar 28, 2019 |
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.  
14037196    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,  
       Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
      ADAM BRADLEY HALL   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com  
      CAROL B. MCCULLOUGH   on behalf of Debtor Jae Young Yum mcculloughheisenberg@gmail.com,  
       cbmccullough64@gmail.com  
      KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK NA amps@manleydeas.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
      KEVIN G. MCDONALD   on behalf of Creditor   The Bank of New York mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   Spcielized Loan Servicing LLC bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
       philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                    TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14599-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jae Young Yum
1429 Bellevue Lane
Souderton Pa 18964

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/26/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/30/19

Tim McGrath
**CLERK OF THE COURT**