# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JAE YOUNG YUM : CASE NO. 17-14599 MDC

## ORDER

AND NOW, this 16th day of April, 2019, upon consideration of the Debtor's Motion to Reinstate the Automatic Stay, and a hearing on the matter, it is

HEREBY ORDERED AND DECREED that the Automatic Stay is hereby reinstated.

BY THE COURT:

_Magdeline D. C_____
JUDGE