United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14599-mdc
Jae Young Yum                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Apr 17, 2019
                             Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db              +Jae Young Yum,    1429 Bellevue Lane,    Souderton, Pa 18964-2547
cr              +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:07     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 03:02:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2019 03:03:05     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 03:10:47     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. BANK TRUST NATIONAL ASSOCIATION
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
            ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
            CAROL B. MCCULLOUGH    on behalf of Debtor Jae Young Yum mcculloughheisenberg@gmail.com,
             cbmccullough64@gmail.com
            KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
            KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
             York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
             Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
            KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    Specilized Loan Servicing LLC
             bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
            REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
             bkgroup@kmllawgroup.com
            REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
             York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
             Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
            REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
                                                                          TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  : CHAPTER 13

JAE YOUNG YUM                                           : CASE NO. 17-14599 MDC

## ORDER

AND NOW, this /6th day of April , 2019, upon consideration of the Debtor's Motion to Reinstate the Automatic Stay, and a hearing on the matter, it is

HEREBY ORDERED AND DECREED that the Automatic Stay is hereby reinstated.

BY THE COURT:

_Magdeline D. Co_____
JUDGE