# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14599-MDC

    JAE YOUNG YUM

    1429 BELLEVUE LANE

    SOUDERTON, PA 18964

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAE YOUNG YUM

    1429 BELLEVUE LANE

    SOUDERTON, PA 18964

Counsel for debtor(s), by electronic notice only.

    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

                          /S/ William C. Miller

Date: 5/19/2020                    _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee