United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-14599-mdc
Jae Young Yum                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Jun 03, 2020
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
14294857       +U.S. BANK TRUST NATIONAL ASSOCIATION,,    AS TRUSTEE OF THE LODGE SERIES III TRUST,
                 c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Jae Young Yum mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust, N.A. jschwartz@mesterschwartz.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specilized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revlving Home Equity Loan Trust, Series 2007-B bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14599-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jae Young Yum
1429 Bellevue Lane
Souderton Pa 18964

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/01/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: U.S. BANK TRUST NATIONAL ASSOCIATION,, AS TRUSTEE OF THE LODGE SERIES III TRUST, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038

Name and Address of Transferee:

U.S. BANK TRUST NATIONAL ASSOCIATION,AS TRUSTEE OF THE SCIG SERIES III TRUST
c/o BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/05/20

Tim McGrath
**CLERK OF THE COURT**