# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Jae Young Yum** | : | Case No.: 17-14599 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

17-032287_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 17-14599 |
| **Jae Young Yum** | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank N.A.** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Jae Young Yum** | : |
| **Myung Hong** | : |
| | : |
| **William C. Miller** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Carol B. McCullough, Attorney for Jae Young Yum, 65 W. Street Road, Suite A-204, Warminister, PA 18974, mcculloughheisenberg@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Jae Young Yum, 1429 Bellevue Lane, Souderton, PA 18964

Jae Young Yum and Myung Hong, 519 Beecher Ave, Cheltenham, PA 19012


DATE: <u>March 9, 2021</u>

/s/ Sarah E. Barngrover  
Sarah E. Barngrover, Esquire (323972)

17-032287_PS

Adam B. Hall (323867)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH  43216-5028  
Telephone: 614-220-5611  
Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Sarah E. Barngrover.  
Contact email is sebarngrover@manleydeas.com  

17-032287_PS