**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:　　　　　　　　　　　　　　　　　Chapter 13
JAE YOUNG YUM

　　　　　　　Debtor　　　　Bankruptcy No. 17-14599-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 17, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINISTER, PA 18974-

Debtor:
JAE YOUNG YUM

1429 BELLEVUE LANE

SOUDERTON, PA 18964