**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jae Young Yum |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 17-14599 |

Official Form 410S1

# Notice of Mortgage Payment Change                                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 6 6 0 5

Date of payment change:
Must be at least 21 days after date of this notice: 07/01/2020

New total payment: $ 2,708.42
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 676.89        New escrow payment: $ 744.59

## Part 2:    Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3:    Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

| Debtor 1 | Jae Young Yum | | | Case number (if known) | 17-14599 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date 06/10/2020

Print: **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**    **OH**    **45140**
City    State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
JAE Y YUM                                           YOUR LOAN NUMBER:
1429 BELLEVUE LN
SOUDERTON          PA 18964

                                        DATE: 06/05/20


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE   BEGINNING    07/20 THROUGH    06/21.
------- ANTICIPATED PAYMENTS FROM ESCROW -    07/20 THROUGH    06/21 -------
           HOMEOWNERS INS              1229.00
           TOWN                        1778.68
           SCHOOL                      5927.43

           TOTAL PAYMENTS FROM ESCROW  8935.11

           MONTHLY PAYMENT TO ESCROW      744.59 (1/12TH OF ABOVE TOTAL)


------- ANTICIPATED ESCROW ACTIVITY -    07/20 THROUGH    06/21--------
        -ANTICIPATED PAYMENTS-               -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW  DESCRIPTION   ANTICIPATED        REQUIRED
                   ACTUAL STARTING BALANCE       7902.26          5927.43
JUL 20    744.59                                 8646.85          6672.02
AUG 20    744.59     5927.43   SCHOOL    ALP     3464.01   RLP    1489.18
SEP 20    744.59                                 4208.60          2233.77
OCT 20    744.59                                 4953.19          2978.36
NOV 20    744.59                                 5697.78          3722.95
DEC 20    744.59     1229.00   HOMEOWNERS INS    5213.37          3238.54
JAN 21    744.59                                 5957.96          3983.13
FEB 21    744.59                                 6702.55          4727.72
MAR 21    744.59     1778.68   TOWN              5668.46          3693.63
APR 21    744.59                                 6413.05          4438.22
MAY 21    744.59                                 7157.64          5182.81
JUN 21    744.59                                 7902.23          5927.40


------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
```

```
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS           0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         1974.83.
     ------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
              PRINCIPAL & INTEREST                           1963.83
              ESCROW (1/12TH OF ANNUAL ANTICIPATED            744.59
                 DISBURSEMENTS AS COMPUTED ABOVE)
              PLUS: OPTIONAL INSURANCE PREMIUMS                 0.00
              PLUS: REPLACEMENT RESERVE OR FHA SVC CHG          0.00
              PLUS: SHORTAGE PAYMENT                            0.00
              MINUS: SURPLUS CREDIT                             0.00
              ROUNDING ADJUSTMENT                               0.00
              MINUS: BUYDOWN/ASSISTANCE PAYMENTS                0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 07/01/20      2708.42
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      1489.18.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      1489.18.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/17      676.89      01/18      676.89      02/18      19629.81     *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                   00/00      0.00
00/00      0.00                   00/00      0.00
00/00      0.00                   00/00      0.00
```

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-14599-mdc |
| Jae Young Yum | Chapter 13 |
| Debtor. | Chief Judge Magdeline D. Coleman |

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    CAROL B. MCCULLOUGH, Debtor's Counsel
    mccullougheisenberg@gmail.com

    WILLIAM C. MILLER, Esq., Chapter 13 Trustee
    ecfemails@ph13trustee.com

    Office of the United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

I further certify that on June 10, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jae Young Yum
    1429 Bellevue Lane
    Souderton, Pa 18964

| | |
|---|---|
| Dated: June 10, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |